UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA STRAIGHT,

    Plaintiff,

v.                                                                          Case No: 8:13-cv-2246-T-36DAB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge David A. Baker on September 18, 2014 (Doc. 28). In the Report and Recommendation, Magistrate Judge Baker recommends that the Commissioner of Social Security's administrative decision to deny Plaintiff Patricia Straight's application for Supplemental Security Income be reversed and the matter remanded for additional proceedings. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed, and the time to do so has expired.

Upon careful consideration of the Report and Recommendation of the Magistrate Judge, and in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 28) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     The administrative decision of the Commissioner of the United States Social Security Administration is **REVERSED**; and

(3)     This matter is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for additional consideration of vocational and other evidence consistent with the findings of the Report and Recommendation.

(4)     The Clerk is directed to terminate all pending matters, enter judgment accordingly, and close this file.

**DONE AND ORDERED** at Tampa, Florida on October 15, 2014.

*[signature]*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Magistrate Judge David A. Baker
Counsel of Record